# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| JOSE HUMBERTO SANTIAGO FORTIER | CASE NO: 16-08870 (EAG) |
| ROSA GINORIS ORTOLAZA ROSARIO | |
| DEBTOR(S) | CHAPTER: 7 |
| | |
| BANCO POPULAR DE PUERTO RICO | Index: |
| MOVANT | Lift of Automatic Stay for Cause under |
| VS. | 11 USC §362 ( d ) ( 1 ) |
| JOSE HUMBERTO SANTIAGO FORTIER | |
| ROSA GINORIS ORTOLAZA ROSARIO | |
| ROBERTO ROMAN VALENTIN, TRUSTEE | |
| RESPONDENTS | |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

Comes now secured creditor, Banco Popular De Puerto Rico, through the undersigned counsel and respectfully informs as follows:

1. I hereby certify that on November 28, 2016, I electronically filed a Motion for Relief of the Automatic Stay under 11 USC §362, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 7 Trustee Roberto Roman Valentin (romanchpt7@gmail.com) and debtor's attorney Javier Vilarino (jvilarino@vilarinolaw.com).

2. On November 29, 2016, a copy of the Notice on Motion for Relief of Stay Under 11 USC §362 together with a copy of the Motion for Relief of the Automatic Stay under 11 USC §362 was sent by certified mail to the debtor's attorney at its address of record, as stated hereinafter.

3. On November 29, 2016, a copy of the Notice on Motion for Relief of Stay Under 11 USC §362 together with the Motion for Relief of the Automatic Stay under 11 USC §362 was sent by certified mail to debtor's address of record as stated hereinafter.

4. On November 29, 2016, a copy of the Notice on Motion for Relief from Stay Under 11 USC §362 together with the Motion for Relief from Stay Under 11 USC §362 was sent by regular mail to the Chapter 7 Trustee at its address of record, as stated hereinafter.

RESPECTFULLY notified, this 29th day of November 2016.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
FORTUÑO & RIVERA FONT, LLC
PO BOX 13786
SAN JUAN PR 00908
TEL: 787-751-5290
FAX: 787-751-6155
E-MAIL: bkfilings@fortuno-law.com

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 0.89
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 3.30
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ 2.70
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ 6.89

Total Postage and Fees $

Sent To: JAVIER VILARINO 16-08870
VILARINO & ASSOCIATES LLC
Street and Apt. No., or PO Box No.: P.O. BOX 9022515
City, State, ZIP+4®: SAN JUAN, PR 00902

Postmark Here — NOV 29 2016 — ZIP CODE 00968

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 4724 2496

---

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 0.89
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 3.30
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ 2.70
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ 6.89

Total Postage and Fees $

Sent To: JOSE HUMBERTO SANTIAGO FORTIER 16-08870
ROSA GINORIS ORTOLAZA ROSARIO
Street and Apt. No., or PO Box No.: P.O. BOX 7784
City, State, ZIP+4®: PONCE, PR 00732

Postmark Here — NOV 29 2016 — ZIP CODE 00968

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 4724 2482