IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-08870-EAG |
|---|---|
| JOSE HUMBERTO SANTIAGO FORTIER & ROSA GINORIS ORTOLAZA ROSARIO | CHAPTER 7 |
| DEBTOR | ASSET CASE |

### TRUSTEE'S REPORT ON SALE OF ESTATE PROPERTY

**COMES NOW**, Roberto Roman Valentin, duly appointed Trustee of the above captioned case, who respectfully states as follows:

1. On February 03, 2017 the undersigned Trustee filed a NOTICE OF INTENT TO SELL PROPERTY AT PRIVATE SALE AND REQUEST TO SHORTEN TIME FOR OBJECTION PURSUANT LOCAL RULE 9013 (2)(h). Notice was served to all parties in interest and as of this date no written objection(s) were received. The estate property sold has been fully described in said Notice, filed at docket # 36, comprising:

   **Children's clothes store inventory, fixtures and equipment.**

2. The foregoing Report on Sale is filed for the sole purpose of informing this Honorable Court and parties of the completed sale of the above listed property as detailed on the notice of sale, in favor of Mr. Roberto Rueda for the total amount deposited of $23,000.00. The undersigned Trustee hereby states that he has accepted this offer for disposition of estate assets. In this Trustee's best business judgment, the offer received is reasonable since this asset will not yield any additional benefit to creditors.

3. Objections filed: **NONE**

**WHEREFORE**, the undersigned trustee prays this Honorable Court to take notice of the matters detailed herein and to grant any further relief as may be deemed necessary.

1

**CERTIFICATE OF SERVICE:** I HEREBY CERTIFY, that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record. That on this same day, copy of this document has been sent by regular mail to all Parties as detailed in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of February, 2017.

<u>**/s/Roberto Román Valentín**</u>
**ROBERTO ROMAN VALENTIN**
**CHAPTER 7 TRUSTEE**
**PO Box 9024003**
**San Juan, PR 00902-4003**
**Tel. (787)740-6011**
**romanchpt7@gmail.com**

2